U.S. District Court
Middle District of Florida
CIVIL DOCKET FOR CASE #: 8:13-cv-03044-RAL-MAP

JASON GAZA

Plaintiff,

V.

PORTFOLIO RECOVERY ASSOCIATES, LLC.

Defendant.
_____/

## NOTICE OF FILING

Plaintiff hereby gives notice of filing Plaintiff's Request for Exclusion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on the Court's electronic filing system which is designed to simultaneously transmit a copy of the same to all counsel of record in this 24nd of September 2018.

                                                s/W. John Gadd
                                                W. John Gadd
                                                FL Bar Number 463061
                                                **Bank of America Building**
                                    2727 Ulmerton Rd. Ste.250
                                                Clearwater, FL 33762
                                                Tel - (727)524-6300
                                                Email -
                                                wjg@mazgadd.com

USPS#: 7016 2140 0000 9391 4049

Jason Aaron Gaza
11628 Pilot Country Drive
Spring Hill, Florida 34610

813-758-4367

gizmosdaddy.gaza@gmail.com

I wish to be excluded from the Agreement in *In re: Portfolio Recovery Associates, LLC Telephone Consumer Protection Act Litigation*, No. 11-MD-2295-JAH-BGS, before the United States District Court for the Southern District of California.

Thank you,

*/s/ Jason Gaza*
Jason Gaza